# CIVIL SUMMONS

**STATE OF TENNESSEE, COUNTY OF KNOX** 5th Sessions Court

To Any Lawful Officer to Execute and Return: Summon **MARY BURDINE**

To appear before the General Sessions Court of Knox County, Tennessee, on the __27TH__ day of __JUNE__, 2018, at 9:00 a.m. then and there to answer in a civil action brought by **NATIONAL FITNESS CENTER, INC.**

For **Default on sworn account in the amount of $5781.78 Plus attorney fee of $1156.36, if applicable for the total of $6938.14 Contract calls for cost of collections, reasonable attorney fee. Plus the cost of this action. Old Courthouse corner of Gay Street & Main Street 3rd Floor Room 331 5th Sessions Courtroom**

## JUDGMENT

Judgment for _____ against _____ for $_____
Plus interest at the rate of _____% and cost of suit, for which execution may issue.
Judgment entered by:  Default ☐   Agreement ☐   Trial ☐

Dismissed:            Without prejudice ☐   With prejudice ☐
Cost taxed to:        Plaintiff ☐           Defendant ☐
Defendant(s) _____ day of _____, 20____ in Court and admitted to jurisdiction of court. This the _____ day of _____, 20____.

_____ Judge, Div. _____

## ORDER

This the _____ day of _____, 20____.

_____ Judge, Div. _____

Attorney for Plaintiff: **Stanley F. Roden**
PO Box 50426, Knoxville, TN 37950 (865)862-7940
Attorney for Defendant:
Telephone

---

**DENNIS LONG WILL SERVE**

**DOCKET NUMBER** 111759 4

**NATIONAL FITNESS CENTER, INC.**
Plaintiff(s)
vs.
**MARY BURDINE**
SSN: XXX-XX-7505
HOME: 8323 TUMBLED STONE WAY
KNOXVILLE, TN 37931
CELL: (941) 447-7000
Defendant(s)

## CIVIL WARRANT
Court of General Sessions
Catherine F. Shanks, Clerk

By _____ Deputy Clerk
Issued  5.9 , 20 18

Set for  JUNE 27, 2018  at 9:00 a.m.
Reset for _____

Served upon:   All Named Defendants
All Defendants Except:

Served _____, 20____
Served by:
Sheriff/Constable (Process Server)

FILED
2018 JUN 9
KNOX COUNTY CIRCUIT
SESSIONS & JUVENILE
CATHERINE SHANKS CLERK

Case 3:19-cv-00176-TRM-HBG   Document 1-1   Filed 05/14/19   Page 1 of 4   PageID #: 19

# NOTICE

**TO THE DEFENDANT(S):**

Tennessee law provides a ten thousand dollar ($10,000.00) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized, you would have the right to recover them. If you do no understand Your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

# AFFIDAVIT

To the best of my information and belief, after investigation of Defendant's employment, I hereby make affidavit that the Defendant is/is not a member of a military service.

_____
ATTORNEY FOR PLAINTIFF OR PLAINTIFF

SWORN TO AND SUBSCRIBED BEFORE ME

This _____ day of _____,
20_____.

_____
Notary Public.

My term expires: _____

**\*\*NOTICE\*\***

The American with Disabilities Act prohibits discrimination against any qualified individual with a disability. The Tennessee Judicial Branch does not permit discrimination against any individual on the basis of physical or mental disability in accessing its judicial programs. In accordance with the Americans with Disabilities Act, if necessary, the Tennessee Judicial Branch will provide reasonable modifications in order to access all of its programs, services and activities to qualified individuals with disabilities.

If you need assistance, have questions or need additional information, please contact the Local Judicial Program ADA Coordinator:

Pat Carson, Compliance Officer
Knox County Human Resources Office
Suite 360 City-County Building
400 Main Street, Knoxville, Tennessee 37902
Voice Phone:215-2952  TTY:215-2497

The Tennessee Judicial Branch Americans with Disabilities Act Regarding Access to Judicial Programs, as well as a Request for Modification form may be found online at www.tsc.state.tn.us.

# APPEAL

From the judgment on the reverse hereof, the Defendant prayed an appeal.

To the Circuit Court which is granted upon Pauper's Oath or Appeal Bond.

This _____ day of _____,
20_____.

_____
Judge of the Court of General Sessions

Division No. _____

If you require a modification to access the judicial program and/or have special needs because of a qualified disability, you must submit a written Request for Modification to the Local Judicial Program ADA Coordinator listed below at least five (5) business days prior to the date of the judicial program, if possible. A form is available from the Local Judicial Program ADA Coordinator or from the Tennessee Judicial Program ADA Coordinator. http://www.tsc.state.tn.us

If you need assistance, have questions or need additional information, you may also contact the Tennessee Judicial Program ADA Coordinator:

Pamela Taylor, Manager/Coordinator
STATE Judicial ADA Program
Administrative Office of the Courts
Nashville City Center, Suite 600, 511 Union Street
Nashville, Tennessee 37219
615-741-2687     Fax: 615-741-6285

# AFFIDAVIT OF SWORN ACCOUNT

STATE OF TENNESSEE

COUNTY OF KNOX

Comes HEATHER ROBERTS, the affiant herein and after being duly sworn according to law and upon oath states that he/she is the ACCOUNT REPRESENTATIVE of NATIONAL FITNESS CENTER, INC. and that he/she as such officer is authorized to make the affidavit.

That he/she is familiar with the books and business records of NATIONAL FITNESS CENTER, INC. and that the account against MARY BURDINE of KNOXVILLE Tennessee is just and correct and with the knowledge of the affiant, that credit has been duly given for all payments and just and lawful offsets to which said account is entitled as thereon stated, and that the balance thereof, amounting to the sum of $5781.78 is just and remains unpaid subject to additional costs and attorney fees as provided.

Affiant further swears that the defendant is not now in the military service as defined in the Soldiers and Sailors Relief Act of 1940, with amendments, nor has he/she been in such service within thirty (30) days hereof.

_____
AFFIANT

Sworn to and subscribed before me this
The 30 day of April, 20 18.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES: 3/3/19

**NOTICE REQUIRED BY THE
FAIR DEBT COLLECTION PRACTICES ACT
15 U.S.C. SECTION 1692(g)**

You may dispute the validity of this debt, or any portion thereof, within thirty (30) days of receipt of this notice. If you fail to dispute this debt within thirty (30) days, the debt will be assumed to be valid by this office.

If you notify this office within the thirty (30) day period that the debt, or any portion thereof, is disputed, this office will obtain a verification of the debt or a copy of the judgment and a copy of the verification will be mailed to you. If the creditor to whom this debt is owed is not the original creditor, and if you make a written request to us within the thirty (30) day period, the name and address of the original creditor will be mailed to you.

The amount of your debt is set forth in the attached reinstatement letter. The name of the creditor to whom the debt is owed is set forth in the heading of the attached reinstatement letter.

If you have been discharged of personal liability in a Bankruptcy proceeding, this office will not seek to collect this debt from you personally. Unless you have been so discharged by a Bankruptcy Court, this communication is for the purpose of collecting a debt. Any information we may obtain from you will be used for that purpose.

Written request pursuant to this notice should be addressed to the following:

Stanley F. Roden
Attorney at Law
PO Box 50426
Knoxville, TN 37950-0426

THIS IS AN ATTEMPT TO COLLECT A DEBT ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.
THIS COMMUNICATION IS FROM A DEBT COLLECTER